394 A.2d 443

**COMMONWEALTH of Pennsylvania, Appellant,**

**v.**

**Oscar F. SHARP, Appellee.**

Supreme Court of Pennsylvania.

Argued Oct. 16, 1978.

Decided Nov. 6, 1978.

John C. Uhler, Dist. Atty., for appellant.

Richard P. Noll, York, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and LARSEN, JJ.

## OPINION

PER CURIAM:

Order affirmed.